UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALDEN MORGAN** | **CIVIL ACTION** |
| **versus** | **NO. 05-6479** |
| **N. BURL CAIN, WARDEN,** <br> **LOUISIANA STATE PENITENTIARY** | **SECTION: "I" (3)** |

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection by petitioner, Alden Morgan, which is hereby **OVERRULED**, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Alden Morgan** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this _____12th_____ day of October, 2007.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**